**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

                                        Case Number: 3:15-bk-1724
                                        Chapter 13

In re:
Vince Efford Taylor, Jr.,
Lucy Elizabeth Taylor,
        Debtors.
_____/

## OBJECTION TO CLAIM 12

---

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**

Pursuant to Local Rule 2002-4, the Court will consider this matter without further notice or hearing unless a party in interest files an objection within thirty (30) days from the date this paper is entered on the docket. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at 300 North Hogan Street, Suite 3-350, Jacksonville, FL 32202, and serve a copy on Cleaveland & Cleaveland, P.L., St. Johns Bluff Road North, Suite 105, Jacksonville, Florida 32225; Douglas Neway, Chapter 13 Trustee, P.O. Box 4308, Jacksonville, FL 32201; and U.S. Trustee, 135 W. Central Boulevard, Suite 620, Orlando, FL 32801.

If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

---

       The Debtors, by and through the undersigned attorney, object to allowance of the following claim pursuant to Federal Rule of Bankruptcy Procedure 3001(c) and (d):

       1.     On April 16, 2015 (the "Petition Date"), Vince and Lucy Taylor (the "Debtors") filed a voluntary petition for relief (the "Petition") under Chapter 13 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Middle

District of Florida, Jacksonville Division (the "Bankruptcy Court") in the case styled as *In re: Vince and Lucy Taylor*, Case No. 3:15-bk-1724 (the "Bankruptcy Case").

2.  Cavalry SPV I, LLC filed Claim 12 alleging that it holds an unsecured general claim for $2,845.70.

3.  The Debtors object to the allowance of Claim 12 because Cavalry SPV I, LLC did not attach signed contract or any other documents which would prove the existence and amount of its claim as required by Federal Rule of Bankruptcy Procedure 3001(c) and (d).

4.  The estimated time needed to hear this objection if a hearing is required is ten (10) minutes.

WHEREFORE, the Debtor(s) respectfully request the Court to sustain this objection and disallow Claim 12.

Date: <u>February 12, 2016</u>

**Cleaveland & Cleaveland, P.L.**

/s/ *Michael Ross Cleaveland*
Michael Ross Cleaveland
Attorney for the Debtors
Florida Bar Number 166448
1309 St. Johns Bluff Rd. N.
Suite 105
Jacksonville, FL  32225
Phone:  (904) 642-2040
Fax:  (904) 642-2041
Email: jaxconsumer@cc-lawoffice.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2016, a copy of the foregoing Debtors' Objection to Claim 12 was served electronically or by regular United States mail to the Trustee, the U.S. Trustee and to the creditor care of its agent at his dwelling house, usual place of abode, or place where he regularly conducts his business or profession listed below:

Cavalry SPV I, LLC
c/o Bass & Associates, P.C.
3936 Fort Lowell Road, Suite 200
Tucson, Arizona 85712

/s/ *Michael Ross Cleaveland*
Michael Ross Cleaveland
Attorney for the Debtors